DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3908
Facsimile:      (415) 554-3837
E-Mail:          peter.keith@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KRELL,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, OFFICER BEL GELASIO, (#20), OFFICE OF THE TREASURE AND TAX COLLECTOR, RON MEUNIER (#14), OFFICER CHARLES SMITH, OFFICER ADRIAN GIANINI, and DOES 1-40,<br><br>    Defendants. | Case No. 15-cv-01833 KAW<br><br>**STIPULATION;**<br>**[PROPOSED] ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**<br><br>Judge:          Hon. Kandis A. Westmore<br>Place:          Courtroom 4, 3d floor, 1301 Clay Street, Oakland, CA<br><br>Trial Date:   Not set. |

**STIPULATION**

PLAINTIFF BRUCE KRELL AND DEFENDANT CITY & COUNTY OF SAN FRANCISCO HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.      The parties participated in an ADR telephone conference on June 26, 2015 with Mr. Howard Herman of the ADR Program.  Mr. Herman indicated that he would send a memorandum to Magistrate Judge Westmore recommending reference to a Magistrate Judge for settlement conference.

2. The parties hope to engage in a settlement conference in September 2015 and determine whether the case can be settled, before the initial case management conference set for October 6, 2015. Mr. Herman advised the parties that to ensure prompt reference to a Magistrate Judge, the parties should submit a stipulation and proposed order.

3. The parties hereby stipulate to request a Magistrate Judge. The parties further respectfully request assignment to a Magistrate Judge based in the San Francisco courthouse.

**IT IS SO STIPULATED.**

Dated: June 26, 2015

    DENNIS J. HERRERA
    City Attorney
    CHERYL ADAMS
    Chief Trial Deputy
    PETER J. KEITH
    Deputy City Attorney

    By: */s/ Peter J. Keith*
    PETER J. KEITH

    Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO

Dated: June 26, 2015

    LAW OFFICE OF RUSSELL A. ROBINSON

    By: ** */s/ Russell A. Robinson*
    RUSSELL A. ROBINSON, ESQ.

    Attorneys for Plaintiff
    BRUCE KRELL
    **Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, this case is hereby referred to a randomly assigned Magistrate Judge for settlement conference.

IT IS SO ORDERED.

Dated:  6/29/15

    _Kandis Westmore_
    THE HONORABLE KANDIS A. WESTMORE
    UNITED STATES MAGISTRATE JUDGE