DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3908
Facsimile:      (415) 554-3837
E-Mail:          peter.keith@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Russell A. Robinson, State Bar # 163937
Law Office of Russell A. Robinson
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:    415.861.4416
Facsimile:     415.431.4526
E-Mail:         rlaw345@gmail.com

Attorney for Plaintiff
BRUCE E. KRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRUCE KRELL, | Case No. 15-cv-01833 KAW |
|---|---|
| Plaintiff, | **JOINT NOTICE OF PENDING SETTLEMENT; [PROPOSED] ORDER TERMINATING PENDING MATTERS AND VACATING HEARING DATES** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, OFFICER BEL GELASIO, (#20), OFFICE OF THE TREASURE AND TAX COLLECTOR, RON MEUNIER (#14), OFFICER CHARLES SMITH, OFFICER ADRIAN GIANINI, and DOES 1-40, | Trial Date:           Not Set. |
| Defendants. | |

Notice of Pending Settlement                                            1                                            document1
CASE NO.   **15-cv-01833KAW**

**TO THE UNITED STATES DISTRICT COURT:**

THE PARTIES HEREBY JOINTLY NOTIFY THE COURT that a settlement has been reached in this matter, pending approval of all appropriate governing bodies, including, but not limited to, the City and County of San Francisco.  The parties respectfully request a 45-day period to give the parties an opportunity to effectuate the settlement and file a request for dismissal with prejudice.

In light of this settlement, the parties are filing this notice of settlement in lieu of their initial joint case management statement, which now appears moot.

The parties hereby request that the court take all pending matters off calendar:

1. The Motion to Dismiss Complaint [Dkt. No. 8] and Special Motion to Strike [Dkt. No. 9] set for hearing before Judge Westmore on October 1, 2015 at 11am.

2. The Initial Case Management Conference set for hearing before Judge Westmore on October 6, 2015 at 1:30pm.

3. The Settlement Conference set for hearing before Judge James on October 9, 2015 at 10:30am.

Dated:  September 29, 2015

>DENNIS J. HERRERA
>City Attorney
>CHERYL ADAMS
>Chief Trial Deputy
>PETER J. KEITH
>Deputy City Attorney
>
>By:*/s/ Peter J. Keith*
>PETER J. KEITH
>
>Attorneys for Defendant
>CITY AND COUNTY OF SAN FRANCISCO

Dated:  September 29, 2015

>Law Office of Russell A. Robinson
>
>By:*/s/ Russell A. Robinson*
>RUSSELL A. ROBINSON
>
>Attorney for Plaintiff
>BRUCE KRELL

# [PROPOSED] ORDER TERMINATING PENDING MATTERS AND VACATING HEARING DATES

GOOD CAUSE APPEARING, the Court hereby orders that all pending matters be terminated and all hearings be vacated:

1. The Motion to Dismiss Complaint [Dkt. No. 8] and Special Motion to Strike [Dkt. No. 9] set before Judge Westmore on October 1, 2015 at 11am.

2. The Initial Case Management Conference set before Judge Westmore on October 6, 2015 at 1:30pm.

3. The Settlement Conference set before Judge James on October 9, 2015 at 10:30am.

The parties are hereby directed to, by November 12, 2015, file either a request for dismissal or a report to the Court regarding any additional time needed to conclude the settlement.

IT IS SO ORDERED.

Dated: 9/29/15

_____
MAGISTRATE JUDGE KANDIS A. WESTMORE