```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  CHERYL ADAMS, State Bar #164194
    Chief Trial Deputy
 3  PETER J. KEITH, State Bar #206482
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, 6th Floor
 5  San Francisco, California 94102-5408
    Telephone:     (415) 554-3908
 6  Facsimile:     (415) 554-3837
    E-Mail:        peter.keith@sfgov.org
 7
    Attorneys for Defendant
 8  CITY AND COUNTY OF SAN FRANCISCO

 9  Russell A. Robinson, State Bar # 163937
    Law Office of Russell A. Robinson
10  345 Grove Street, First Floor
    San Francisco CA 94102
11  Telephone:    415.861.4416
    Facsimile:    415.431.4526
12  E-Mail:       rlaw345@gmail.com

13  Attorney for Plaintiff
    BRUCE E. KRELL
14
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| BRUCE KRELL, | Case No. 15-cv-01833 KAW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR AN ADDITIONAL 30 DAYS TO FILE A DISMISSAL OR STATUS REPORT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, OFFICER BEL GELASIO, (#20), OFFICE OF THE TREASURE AND TAX COLLECTOR, RON MEUNIER (#14), OFFICER CHARLES SMITH, OFFICER ADRIAN GIANINI, and DOES 1-40, | Trial Date:    Not Set. |
| Defendants. | |

## STIPULATION

In connection with the parties' reported settlement of this case, the Court ordered the parties to "by November 12, 2015, file either a request for dismissal or a report to the Court regarding any additional time needed to conclude the settlement." Dkt. No. 35.

The parties report that they are close to concluding their settlement and jointly request the Court grant the parties an additional 30 days to finalize their settlement.

Dated:  November 10, 2015

                                                DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
PETER J. KEITH
Deputy City Attorney

By:*/s/ Peter J. Keith*
    PETER J. KEITH

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  November 10, 2015

Law Office of Russell A. Robinson

By:*/s/ Russell A. Robinson*
    RUSSELL A. ROBINSON

Attorney for Plaintiff
BRUCE KRELL

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the Court hereby orders the parties to, by December 10, 2015, file either a request for dismissal or a report to the Court regarding any additional time needed to conclude the settlement

IT IS SO ORDERED.

Dated:   11/12/15

                                         MAGISTRATE JUDGE KANDIS A. WESTMORE