DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3908
Facsimile:     (415) 554-3837
E-Mail:        peter.keith@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KRELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, OFFICER BEL GELASIO, (#20), OFFICE OF THE TREASURE AND TAX COLLECTOR, RON MEUNIER (#14), OFFICER CHARLES SMITH, OFFICER ADRIAN GIANINI, and DOES 1-40,<br><br>　　　　Defendants. | Case No. 15-cv-01833 KAW<br><br>**REQUEST FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL** |

## REQUEST FOR DISMISSAL

This action having been settled in its entirety, the parties respectfully request that this action be dismissed with prejudice, all parties to bear their own costs.

Dated: 12/11/15

>DENNIS J. HERRERA
>City Attorney
>CHERYL ADAMS
>Chief Trial Deputy
>PETER J. KEITH
>Deputy City Attorney
>
>By: /s/ Peter J. Keith
>PETER J. KEITH
>
>Attorneys for Defendant
>CITY AND COUNTY OF SAN FRANCISCO

Dated: 11/04/2015

>Law Office of Russell A. Robinson
>
>By: /s/ Russell A. Robinson
>RUSSELL A. ROBINSON
>
>Attorneys for Plaintiff
>BRUCE KRELL

## ORDER

Pursuant to the parties' request, this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: 12/16/2015

>HON. KANDIS A. WESTMORE
>United States Magistrate Judge